# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE No. 21CV62334

STEVEN T. MATTHIESEN, and JOANNA K.
MATTHIESEN, his wife, jointly and severally,

        Plaintiffs,

v.

TIMOTHY FUSSELL, individually, ALPHA
INVESTMENT, INC., a Delaware Company,
PARTNERS SOUTH HOLDINGS, LLC. a
Florida limited liability company; OMEGA
COMMERCIAL FINANCE GROUP, a
Wyoming company, and 33CAPITAL
STREET, a Delaware limited liability
company,

        Defendants.

_____/

## COMPLAINT FOR DAMAGES AND TO FORECLOSE LIEN ON
## INTANGIBLE PROPERTY AND FOR OTHER RELIEF

The Plaintiffs, STEVEN THOMAS MATTHIESEN (hereafter S. Thomas Matthiesen) and

JOANNA K. MATTHIESEN, (J. Matthiesen) his wife, jointly and severally (jointly where

appropriate, the "Matthiesens"), file their Complaint for Damages and to Foreclose Lien on

Intangible Property against Defendants TIMOTHY FUSSELL, individually, (Fussell) ALPHA

INVESTMENT, INC., a Delaware Company, (Alpha), PARTNERS SOUTH HOLDINGS, LLC.,

a Florida limited liability company (Partners South); OMEGA COMMERCIAL FINANCE

GROUP, a Wyoming company, (Omega), and 33CAPITAL STREET, a Delaware limited liability

company, (jointly where appropriate, "Defendants"), and further state:

1

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

## ALLEGATIONS COMMON TO ALL COUNTS

### A. The Parties, Jurisdiction and Venue

1.      <u>S. Thomas Matthiesen</u>: S. Thomas Matthiesen is an individual, a citizen of Indiana, and otherwise sui juris. At all times material to these proceedings S. Thomas Matthiesen was married to his wife, J. Matthiesen.

2.      <u>J. Matthiesen</u>: Joanna Matthiesen is an individual, a citizen of Indiana, and otherwise sui juris. At all times material to these proceedings, J. Matthiesen was married to her husband, S. Thomas Matthiesen.

3.      <u>Fussell</u>: Timothy Fussell is an individual, a citizen of Florida, and otherwise sui juris.

4.      <u>Alpha</u>.: Alpha Investment, Inc, LLC is incorporated under the laws of the State of Delaware and has its principal place of business in the State of Florida.

5.      <u>Partners South</u>: Partners South Holdings, LLC. is incorporated under the laws of the State of Florida, with its principal place of business in the State of Florida. Partners South is the parent entity of Fussell related entities: Partners South Estate Planning, Inc.; Partners South Accounting, LLC.; Partners South Solutions, LLC.; Fussell Insurance & Benefits, LLC.; Allied Strategic Partnership, LLC; and Partners South Solutions Brokers Alliance, Inc.

6.      <u>Omega</u>: Omega Commercial Finance Group, is incorporated under the laws of the State of Wyoming, with its principal place of business in the State of Florida.

7.      <u>33Capital Street</u>: 33Capital Street is a Delaware limited liability company authorized to do and doing business in Florida.

2



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

8.      <u>Agency Relationship Between Fussell and Other Defendants</u>: At all times material hereto, Fussell acted as the agent for, and maintained an agency relationship with Alpha, Omega, Partners South, and 33Capital Street ("Agency Defendants").  The Agency Defendants are vicariously liable for the acts of their agent, Fussell.  Fussell sold the Agency Defendants assets to the Matthiesens.

9.      <u>Jurisdiction</u>: Jurisdiction is proper in this Court under 28 U.S.C. § 1332, as there is diversity of citizenship between the parties and the amount in controversy is greater than $75,000.00.

10.      <u>Venue</u>: Venue is proper herein pursuant to 28 U.S.C. § 1391 as more than more than one Defendant is a citizen/corporate citizen and Resident of this District Court in the Southern District of Florida.

11.      <u>Conditions Precedent</u>: All conditions precedent for the bringing of this action occurred or were waived.

12.      <u>Instrumentality and Improper Conduct</u>: As set forth below, Fussell improperly utilized the Agency Defendants as a mere instrumentality for his own benefit. Fussell provided investment opportunities when the Matthiesens; funds never went to the disclosed purpose, but were used of an improper purpose, solely to benefit himself or other investors.

## B. The Underlying Relationship

13.      <u>Fussell Provides Business and Tax Planning Advice</u>: Fussell offers generalized business and tax advice, insurance, and financial planning though a group of affiliated companies known as Partners South.

14.      <u>Introduction for Business and Tax Advice</u>: In 2015, the Matthiesens were referred to Fussell for business/tax planning advice. In telephone conversations with the Matthiesens,

KATZ BARRON
ATTORNEYS AT LAW

100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

Fussell presented himself as competent and touted his strong knowledge, claiming in his telephone conversations that he was one of the few people in the country with his specific PhD focus.

15.     <u>Fussell Provides Specific Tax Advice</u>: In August 2015, during one of Fussell's discussions with the Matthiesens, he provided what turned out to be correct advise: Fussell recommended that S. Thomas Matthiesen incorporate his anesthesia business in Indiana, not California. The Matthiesens followed this advice, and through their business experience, confirmed Fussell's advice was correct. At the time, Fussell supported his position with seemingly strong, substantive arguments.

16.     <u>Sense of Trust Developed</u>: As a result of Fussell's tax and business planning advice, the Matthiesens developed a sense of trust and gave Fussell's comments and recommendations a degree of credibility. The Matthiesens treated Fussell as a fiduciary, placing their trust in him with their personal financial information and sought his financial guidance. The Matthiesens ultimately list Fussell as their authorized representative on their IRA accounts to help facilitate further loans and investments.

### C. The Alpha/Omega Sales Pitch and Investments

17.     <u>January 2019 Investment Pitch</u>: Beginning in January 2019, when S. Thomas Matthiesen called Fussell for some investment advice and his 2019 financial strategy, Fussell commenced presenting the Matthiesens with a series of investment opportunities.

18.     <u>The Texas Hospital Pitch</u>: Fussell redirected S. Thomas Matthiesen's January 2019 financial strategy call to investments and business opportunities Fussell was directly involved with. Specifically, Fussell directed S. Thomas Matthiesen to consider investing in a Paris, Texas hospital Fussell represented he was 'building'. The conversation then turned to stock opportunities Fussell

4



*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

was promoting: Omega Commercial Finance Corp ("Omega") and Alpha Investment, Inc. ("Alpha").

19.     <u>Fussell Claims of Guaranteed Investments</u>: It was at this time that Fussell also offered the Matthiesens what he termed at that time "REITs" at a 10% return on any monies invested for a term of one year. On multiple occasions throughout discussions with the Matthiesens, January 2019 through May 2019, Fussell boasted in conversations in an email that all this "has all been disclosed to the SEC and reported in filings on OTCMarkets.com" [Ex A] and substantiated in writing, of the 'guaranteed ten percent returns" of the REITs he was offering.

20.     <u>Fussell's Representations As To His Businesses</u>: In a series of emails and verbal communications, Fussell made multiple representations to induce the Matthiesens to invest in Omega and Alpha. As part of the representations, Fussell provided documents and Power Point Presentations.  Fussell also made representations as to his ownership interest in Omega and Alpha, his family's investment, representations that he and his family were shareholders and had made millions of dollars in appreciation of their stock, the growth in the value of their investments, a guaranteed ten percent (10%) return [Ex B] and the ultimate goal of listing these companies on public exchanges.

21.     <u>The Power Point Presentation</u>: With S. Thomas Matthiesen expressing an interest, Fussell sent two separate emails on Sunday, January 27, 2019 touting the investments and the stock value.

22.     <u>Fussell's Representations as to How the Stock Investments Will Be Handled</u>: On January 29, 2019, at 5:59am, Fussell emailed S. Thomas Matthiesen and represented:

> If you decide to do as much $100,000 in OCFN stock, that will be 40,000 Reesticted (sic) Preferred Z Shares or 4,000,000 Common Shares. That number of shares multiple by the projected price of $15.00 per share would give you $60,000,000 of stock value and with 3-

5



*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

to-5-year projections at $55.00 per share your wealth projections are huge! Therefore, I included you/your family in my talks with a Private Wealth Management Firm yesterday. [Ex. C].

23.     <u>The Matthiesens Express their Reliance Upon Fussell and His Statements</u>: In an email exchange during Fussell's initial investment solicitation, S. Thomas Matthiesen wrote to Fussell and expressed his reliance upon Fussell, his experience and his trustworthiness:

> But, we have peace since we know that 1) you have done this before and there is a positive precedent; 2) you are a extremely keen, knowledgeable, and trustworthy expert; 3) it is well-known that real estate and the market(s) are vehicles to large wealth creation; and 4) you are an upstanding person with seemingly very similar morals and visions about this world as we hold dear. So, we have a peace and feel there is both an intellectual and (if you want to call it emotional) kinship that we share as we become 'partners'.

Fussell guaranteed the investments, the performance of the investments, the value of the investments, and the listing of the entities on various stock exchanges. [Ex B] The Matthiesens relied upon these guarantees and continued to invest with Fussell in Fussell directed entities through July 2020.

24.     <u>The Initial Loan Transaction Inducement</u>: Even before the initial stock purchase, Fussell commenced redirecting the Matthiesens solicited loans into his 'holding companies' fund for a 10% (ten percent) guaranteed return. Fussell further explained this was diversifying the investments, between stocks and promissory notes. [Ex. B]. The solicitations continued following the stock purchase, with Fussell referring to the notes as a ten percent REIT investment and inquired whether the Matthiesens know of others looking for these opportunities.

25.     <u>Fussell Calls Matthiesens his Partners</u>: In anticipation of the Matthiesen's investment, Fussell explained that once the Matthiesens become preferred stockholders, the position is like a "partner", implying a higher fiduciary relationship. [Ex. D].

26.     <u>The Initial Investment</u>: On February 4, 2019, at Fussell's direction, the Matthiesens wired $100,000 from their E-Trade Brokerage account to Omega Commercial Finance Corp.; Acct



*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

No. XXXX-XXXX-7268; Bank of America 1414 Alton Road, Miami Beach Florida 33139, for the purchase of 40,000 shares in Omega Commercial Finance Corporation at $2.50 per share. Although Fussell and the Matthiesens agreed that the Matthiesens funds were to purchase $50,000.00 in Omega stock and to treat the other $50,000.00 as a loan to Omega, Fussell and Omega treated the transaction as a full purchase.

27.    <u>The New Jersey Boardwalk Closing</u>:  As part of Fussell's representations of his companies' growth, Fussell represented that Alpha successfully closed on an acquisition of the New Jersey Boardwalk property and filed an 8-K with the SEC purportedly representing the transaction was completed. [Ex E]

28.    <u>Fussell Represents Investments 'Guaranteed'</u>: Fussell represented to the Matthiesens that the performance of their investments and loans was 'guaranteed'. Fussell represented that the return of 10% on the promissory notes was 'guaranteed' [Ex. B], the listing on the New York Stock Exchange was 'guaranteed!!!!!' [Ex. F.]; sale of stock raising the first $10,000,000.00 [Ten Million Dollars] was 'guaranteed!!! [Ex. F.]; "our stock value is guaranteed and sales of the stock by our investment banker is guaranteed!!!" [Ex G]; that Aegis guaranteed $10,000,000.00, and then increased their guaranteed funds to $17.5 Million Dollars "we're going to move to a $1B IPO" [Ex H]

29.    <u>Falsity of Fussell's Representations</u>: The New Jersey Boardwalk closing never occurred, Alpha never acquired the property, nor did Alpha ever develop the property. There never was any IPO, there never was a listing on the brokerage exchanges.

30.    <u>The Initial Loan</u>: On March 13, 2019, Fussell emailed the Matthiesens with a proposed promissory note, with the Maker Partners South, together with wiring instructions and



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

stock shares as collateral. [Ex. I] On March 15, 2019, the Matthiesens, from their personal checking account, wired $100,000.00 to Partners South.

31.   Series of Additional Investments: Over the next thirteen months, the Matthiessen entered into the following ten additional transactions at Fussell's direction into his entities, with the investment or loan amount, and source identified as follows:

| Date | Investment/loan | Amount | Source | Add'l Descript |
|------|-----------------|--------|--------|----------------|
| April 1, 2019 | Alpha | $ 30,000.00 | IRA Acct XXX537 | Stock purchase |
| April 2, 2019 | Omega | $ 15,000.00 | IRA Acct XXX537 | Stock purchase |
| September 6, 2019 | Omega | $ 70,000.00 | Joint Bank Acct | Stock Purchase |
| September 6, 2019 | Alpha | $ 30,000.00 | Joint Bank Acct | Stock Purchase |
| October 11, 2019 | Omega | $ 70,000.00 | Joint Bank Acct | Stock Purchase |
| October 11, 2019 | Alpha | $ 30,000.00 | Joint Bank Acct. | Stock Purchase |
| January 2, 2020 | Partners South | $160,000.00 | Joint Bank Acct | Promissory Note |
| March 6, 2020 | Omega | $ 32,500.00 | IRA Acct. XXX537 | Stock Purchase |
| March 25, 2020 | Omega | $ 12,500.00 | SEP IRA XXX877 | Stock Purchase |
| July 15, 2020 | Alpha | $ 10,000.00 | Joint Bank Account | Purchase from 33Capital Street |

The Matthiessen made investments and loans, including the initial stock purchases and loans total $660,000.00 [Six Hundred Sixty Thousand Dollars].

32.   Reliance: The Matthiesens relied upon Fussell's role as a fiduciary and Fussell's specific representations in making their investment decisions.



*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

33.     <u>"Going Concern Inquiry"</u>:  On May 31, 2020, S. Thomas Matthiesen inquired as to Note 5 from the Alpha Form 10-Q filed for the quarter ending March 31, 2020. The note inquired as to why there were 'going concerns' identified in the auditor's reports.

34.     <u>Fussell Dismisses Going Concern Inquiry</u>: Fussell was dismissive of S. Thomas Matthiessen's inquiry as to why the 10-Q identified Alpha's going concern status.  Fussell replied on June 1, 2020 that: "That type of terminology is in most companies (sic) filings, to some degree. It's basically the GAAP Auditors' (Auditors that guarantee the financials of a public company...such as BDO) way of covering their butt".

35.     <u>The Hard Questions Go Unanswered</u>:     Beginning July 13, 2020, the Matthiessen commenced a series of emails to Fussell asking direct questions as to the nature of their investments and loans. Initially 3 specific inquires, the series of questions grew to 18, and later to 24. Fussell never replied with direct responses or documentation.

36.     <u>Radio Silence</u>: Following those questions, Fussell stopped responding to Matthiessen inquiries.

**Count I: First Promissory Note Claim Against Partners South**

37.     <u>Adoption of Prior Allegations</u>: The Matthiesens adopt and reallege the allegations in paragraphs 1 through 36 as if fully set forth herein.

38.     <u>Statement of Claim</u>: This is an action for collection on a promissory note in excess of the jurisdictional requirements of this Court.

39.     <u>First Promissory Note</u>: On March 15, 2019, Partners South executed and delivered a promissory note in the face amount of $100,000.00 (hereinafter "First Promissory Note") (Ex. I).

40.     <u>Plaintiffs Hold Note</u>:  The Matthiesens own and hold the First Promissory Note.



*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

41.    <u>Default</u>: Pursuant to Section V.1 of the First Promissory Note, Partners South failed to pay the First Promissory Note when due on March 16, 2021, owes the Matthiesens the principal of $100,000.00 together with interest at the stated rate of ten percent (10%) per annum.

42.    <u>Debt Due</u>: Partners South owe the Matthiesens $100,000.00 that is due with interest since March 15, 2020, on the First Promissory Note.

43.    <u>Attorney Fee Entitlement</u>: Pursuant to Section IV of the First Promissory Note, Partners South is obligated to pay the Matthiesens their costs of collection, including reasonable attorneys' fees.

Wherefore, the Matthiesens demand judgment against Partners South for principal together with accrued interest, the taxation of court costs and reasonable attorney's fees, together with any and all further such relief as this Court deems appropriate.

**Count II: Foreclosure of First Promissory Note Collateral**

44.    <u>Adoption of Prior Allegations</u>: The Matthiesens adopt and reallege the allegations in paragraphs 1 through 36 as if fully set forth herein.

45.    <u>Statement of Claim</u>: This is an action to foreclose a security interest on intangible property in excess of the jurisdictional requirements of this Court.

46.    <u>Matthiesens Hold Note</u>: The Matthiesens are the owners and holders of the Second Promissory Note.

47.    <u>Partners South Retains Possession of First Note Collateral</u>: Upon information and belief, Partners South retains title and possession of the Second Note Collateral.

48.    <u>First Promissory Note Grants of Security Interest In Membership Units and Stock</u>: In Section II of the First Promissory Note, Partners South pledge as security for performance the "member units of Partners South Holdings, LLC and its direct ownership in Alpha Investment,



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

Inc. and the Stock Shares held by Partners South Holdings, LLC." (hereinafter "First Note Collateral".

49.     <u>Partners South Default under First Promissory Note</u>: Partners South defaulted under the terms of the Second Promissory Note.  Pursuant to Section V.1 of the Second Promissory Note, Partners South failed to pay the First Promissory Note when due on January 2, 2021, owes the Matthiesens the principal of $160,000.00, together with interest at the stated rate of ten percent (10%) per annum.

50.     <u>Debt Due</u>: Partners South owe the Matthiesens $160,000.00 that is due with interest since January 2, 2020, on the Second Promissory Note.

51.     <u>Attorney Fee Entitlement</u>: Pursuant to Section IV of the Second Promissory Note, Partners South is obligated to pay the Matthiesens their costs of collection, including reasonable attorneys' fees.

Wherefore, the Matthiesens demand judgment of foreclosure on the Collateral of the First Promissory Note, taxing court costs, attorneys' fees, and if the proceeds are insufficient to pay the Matthiesens claims, grant a deficiency judgment, together with any and all further such relief as this Court may deem appropriate.

## Count III: Second Promissory Note Claim Against Partners South

52.     <u>Adoption of Prior Allegations</u>: The Matthiesens adopt and reallege the allegations in paragraphs 1 through 36 as if fully set forth herein.

53.     <u>Statement of Claim</u>: This is an action for collection on a promissory note more than the jurisdictional requirements of this Court.



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

54.    <u>Second Promissory Note</u>: On January 2, 2020 Partners South executed and delivered a promissory note in the face amount of $160,000.00 (hereinafter "Second Promissory Note") [Ex. J].

55.    <u>Plaintiffs Hold Note</u>:  The Matthiesens own and hold the Second Promissory Note.

56.    <u>Default</u>: Pursuant to Section V.1 of the First Promissory Note, Partners South failed to pay the Second Promissory Note when due on January 2, 2021, owes the Matthiesens the principal of $160,000.00 together with interest at the stated rate of ten percent (10%) per annum.

57.    <u>Debt Due</u>: Partners South owe the Matthiesens $160,000.00 that is due with interest since January 2, 2021, on the Second Promissory Note.

58.    <u>Attorney Fee Entitlement</u>: Pursuant to Section IV of the Second Promissory Note, Partners South is obligated to pay the Matthiesens their costs of collection, including reasonable attorney's fees.

Wherefore, the Matthiesens demand judgment against Partners South for principal together with accrued interest, the taxation of court costs and reasonable attorney's fees, together with any and all further such relief as this Court deems appropriate.

**Count IV: Foreclosure of Second Promissory Note Collateral**

59.    <u>Adoption of Prior Allegations</u>: The Matthiesens adopt and reallege the allegations in paragraphs 1 through 30 as if fully set forth herein.

60.    <u>Statement of Claim</u>: This is an action to foreclose a security interest on intangible property more than the jurisdictional requirements of this Court.

61.    <u>Second Promissory Note Grants of Security Interest In Membership Units and Stock</u>: In Section II of the Second Promissory Note [Ex J], Partners South pledges as security for



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

performance the "Member units of Partners South Holdings, LLC, as well as the stock shares in ALPC/OCFN and real estate owned by the LLC." (hereinafter "Second Note Collateral").

62.   <u>Matthiesens Hold Note</u>: The Matthiesens are the owners and holders of the Second Promissory Note.

63.   <u>Partners South Retains Possession of First Note Collateral</u>: Upon information and belief, Partners South retains title and possession of the First Note Collateral.

64.   <u>Partners South Default under Second Promissory Note</u>: Partners South defaulted under the terms of the Second Promissory Note.  Pursuant to Section V.1 of the Second Promissory Note, Partners South failed to pay the Second Promissory Note when due on January 2, 2021, owes the Matthiesens the principal of $160,000.00, together with interest at the stated rate of ten percent (10%) per annum.

65.   <u>Debt Due</u>: Partners South owe the Matthiesens $160,000.00 that is due with interest since January 2, 2020, on the First Promissory Note.

66.   <u>Attorney Fee Entitlement</u>: Pursuant to Section IV of the Second Promissory Note, Partners South is obligated to pay the Matthiesens their costs of collection.

Wherefore, the Matthiesens demand judgment of foreclosure on the Collateral of the Second Promissory Note, taxing court costs, attorneys' fees, and if the proceeds are insufficient to pay the Matthiesens claims, grant a deficiency judgment, together with any and all further such relief as this Court may deem appropriate.

### Count V:  Breach of Fiduciary Duty

67.   <u>Adoption of Prior Allegations</u>: The Matthiesens adopt and reallege the allegations in paragraphs 1 through 30 as if fully set forth herein.



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

68.    <u>Statement of Claim</u>: This claim is the Matthiesens' claim for breach of fiduciary duty against Fussell and the Agency Defendants, seeking damages greater than the jurisdictional requirements of this Court.

69.    <u>The Existence of a Fiduciary Duty Implied by Law</u>: A fiduciary relationship existed between Fussell, with the Agency Defendants, and the Matthiesens. The Matthiesens placed their confidence in Fussell, expressly advised Fussell that they were relying upon his knowledge, expertise and guidance, and placed their confidence in Fussell. Fussell accepted their trust. By the very nature of their relationship, the Matthiesens relied upon Fussell for investment advice.

70.    <u>Fussell's Breach of Fiduciary Duty</u>: Fussell breached his fiduciary duty to the Matthiesens in several ways: Fussell's statements to the Matthiesens were false; Fussell misrepresented the process of the listing for Alpha and Omega and their listing status; Fussell misrepresented the trading price of the stocks and their projected growth, and the nature of the guaranties; Fussell misrepresented the business transactions Alpha and Omega were engaged in; and Fussell failed to disclose the self-dealing that he engaged in with Alpha, Omega, and 33 Capital Street. Fussell withheld the critical nature of the violations taking place with Omega as it failed to file required reports with the SEC.

71.    <u>Breach of Fiduciary Duty Caused Damages</u>: Fussell's breach of his fiduciary duty caused the Matthiesens damages as the Matthiesens invested and lent money to Fussell directed investments. Those investments and loans are not being repaid.

72.    <u>Causation</u>: But for Fussell's breach of his fiduciary duty, the Matthiesens would not have suffered damages.



100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636    Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

73. <u>Attorneys' Fees</u>: The Matthiesens retained the undersigned counsel and agreed to pay reasonable attorneys' fees; Fussell is liable to reimburse those fees under the wrongful act doctrine.

Wherefore, the Matthiesens demand judgment against Fussell and the Agency Defendants, taxing court costs, attorneys' fees, together with any and all further such relief as this Court may deem appropriate.

### Count VI: Violations of Florida Securities and Investor Protection Act

74. <u>Adoption of Prior Allegations</u>: The Matthiesens adopt and reallege the allegations in paragraphs 1 through 30 as if fully set forth herein.

75. <u>Statement of Claim</u>: This claim is the Matthiesens' claim for violations of the Florida Securities and Investor Protection Act against Fussell and the Agency Defendants, seeking damages greater than the jurisdictional requirements of this Court.

76. <u>Fussell's Employment of a Devise, Scheme or Artifice to Defraud</u>: Fussell and the Agency Defendants induced the Matthiesens to invest in Alpha and Omega, to purchase shares from 33 Capital Street, and to lend money to Partners South through a series of telephone conversations and emails.

77. <u>Fussell obtains Money by Means of Untrue Statements of Material Facts</u>: Fussell and the Agency Defendants obtained the Matthiesens' funds by means of untrue statements of material fact by: misrepresenting the process of the listing for Alpha and Omega and their listing status; misrepresenting the trading price of the stocks and their projected growth, and the nature of the guaranties; misrepresenting the business transactions Alpha and Omega were engaged in; and failing to disclose the self-dealing that he engaged in with Alpha, Omega, and 33 Capital Street.

KB KATZ BARRON
ATTORNEYS AT LAW

100 N.E. Third Avenue, Suite 280, Ft. Lauderdale, FL 33301
Phone/ 954 522 3636   Fax/ 954 331 2505

*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages

78.     <u>Fussell Engaged in Transactions which were Deceitful to the Matthiesens</u>: Fussell and the Agency Defendants induced the Matthiesens to invest in Alpha and Omega, and to loan funds to Partners South, in transactions which were deceitful: the true purpose of the transactions was nor for the business of Alpha, Omega, Partners South, and 33 Capital Street, but rather for his own personal benefit.

79.     <u>Matthiesens Justifiably Relied Upon Fussell</u>: The Matthiesens justifiably relied upon Fussell's representations as a trusted financial advisor and advised him they were relying upon him and his expertise.

80.     <u>Attorney's Fees</u>: The Matthiesens retained the undersigned counsel and agreed to pay reasonable attorneys' fees; Fussell and the Agency Defendants is liable to reimburse those fees pursuant to Fla. Stat. §517.211.

WHEREFORE, the Matthiesens demand judgment against Fussell and the Other Defendants, taxing court costs, attorneys' fees, together with any and all further such relief as this Court may deem appropriate.

**KATZ BARRON**
*Attorneys for PLAINTIFFS*
100 N.E. Third Avenue, #280
Fort Lauderdale, FL   33301
Telephone: (954) 522-3636
Facsimile: (954) 331-2505
Primary E-mail: ktg@katzbarron.com
Secondary E-mail: sml@katzbarron.com
miaefile@katzbarron.com

By: */s/ Keith T. Grumer*
           KEITH T. GRUMER
           Florida Bar No. 504416



*Steven T. Matthiesen, et.ux., v.*
*Timothy Fussell, et.al.*
Complaint for Damages



Exhibit "A"

From: **Timothy Fussell** <tim@partnerssouth.com>
Date: Sun, Jan 27, 2019 at 5:58 PM
Subject: Alpha Investment Inc
To: matt0098 University of Minnesota <matt0098@umn.edu>


Hi Thomas,
 I'm going to separate the info on these two companies and the opportunities so as not to be confusing. Alpha Investment Inc is the company I purchased in 2017 and revamped it to become the company it is now. It was trading at $0.0005 per share in April of 2017 and by November 2018 it was trading at $15.00 per share and today sits at $17.50 per share. The ticker symbol is ALPC on OTCMarkets.com as an over the counter stock but will be moving up to the NYSE in the next 45 days. The deal has already been signed with the investment bank. ALPC has closed on a hospital project in Paris, TX and that's the deal I can offer a 10% return on. Please see all the documents attached. You can put most any amount you want into this REIT CD for a 12 month period and a 10% return as a balloon payment. This is all public knowledge. You will see in the spreadsheet as well as the letter from my underwriter to me, talking about the developer offering me personally 5% equity in the property, a reference to PSH (that is referring to Partners South Holdings, LLC my holding company I was referring to, on our call today.) PSH is who would be issuing you the 10% promissory note based on PSH holding that $1,000,000 part of the hospital deal. Again this has all been disclosed to the SEC and reported in the filing on OCTMarkets.com


 When you're ready simply tell me how much you want to invest and I'll get the Note drawn up.




**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com

Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Allied Strategic Partnership,LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: alliedstrategicpartnership.com
Website: timfussell.com

This e-mail and any attachments are intended only for the addressee.  If
you are not the intended recipient, please permanently delete this message
immediately and do not use, copy, distribute or forward any part of this
message, as it may contain proprietary, confidential, or privileged

information. Also, please let me know of the error by return e-mail. Thank you.

**Exhibit "B"**

From: **Timothy Fussell** <tim@partnerssouth.com>
Date: Tue, Jan 29, 2019 at 8:29 AM
Subject: Re: Follow up
To: matt0098 University of Minnesota <matt0098@umn.edu>
Cc: Joanna <jkml2010@gmail.com>


Yes, we're both thinking about one another and hopefully praying for each other as well. Your family is in my prayers. Be careful with all the issues that this kind of cold brings!!!

I'm happy you're thinking through all of this together, you and Joanna. Also keeping a substantial amount of cash in "my/PSH fund" makes me more comfortable in regards to what's  invested in OCFN, not to mention a guaranteed 10% return is much better than market speculation in the current flat or declining market trend we're currently in. We can always reevaluate next January to decide if you keep your investment in "my fund" or we have a new opportunity that's a better option but for now, I truly believe 10% REIT return will our perform the market!!!


I'm fine with talking either Friday or Saturday, just give me a heads up so I'm not doing something else.

Tim 

On Tue, Jan 29, 2019 at 8:17 AM matt0098 University of Minnesota <matt0098@umn.edu> wrote:

Tim,
So funny that you write this morning as Joanna and I were just reviewing plans and talking about these opportunities and the ratios. Bitter cold and snow here so surgeons have been cancelling cases - mostly home today, and able to get thoughts organized with my wife. I changed the mortgage payment scheme to add $0 to extra principal each month, yesterday. This morning put limit sell order into E*Trade for MO (altria). etc.etc.etc.
We're very serious about the opportunities, and look forward for a time to talk again. Perhaps even end of this week? In the mean time, re-arranging funds, moving funds, in preparation for diversity and real estate (Omega, it seems). We are like-minded folks with good works and helping others as our high priority, and we trust you and your abilities. Also, though rather simple and not wealthy (yet - LOL), we take some peace in our debt-free lifestyle, 30k/month income, and prayerful outlook on this life.
We'll get a short list of questions together in preparation for another talk soon. Perhaps Friday or Sat? Until then, or whenever it may be, we remain, friends in the cold North,
Joanna and Thomas

PS: I'll share my wife's contact with you so you have it, and cc her to this email.
PPS: -29 C here tonight!

On Tue, Jan 29, 2019 at 5:59 AM Timothy Fussell <tim@partnerssouth.com> wrote:

Hi Thomas

 As a follow up. If you decide to do as much $100,000 in OCFN stock, that will be 40,000 Reesticted Preferred Z Shares or 4,000,000 Common Shares. That number of shares multiple by the projected price of $15.00 per share would give you $60,000,000 of stock value and with 3 to 5 year projections at $55.00 per share your wealth projections are huge! Therefore I included  you/your family in my talks with a Private Wealth Managment Firm yesterday. I have strategies for setting up tax free ways of spending this wealth. We should also consider setting up a BDIT which is a Beneficiary Defective Inheritor Trust. Please google this trust and read a little on it. It's something we can talk more about.

 I've given a lot of thought to our conversation on Sunday. If you can sell enough of your over weighted stock portfolio to put $50,000 or more into my holding companies fund for a 10% return and make a $100,000 purchase of OCFN stock, we will be on the way to a more solid and diversified financial plan. Then I'd like to meet with you and your wife for a more solid estate plan as well. Securing your daughter's future and possibly your parents if you wish. As well as and charitable endowments you'd like to make. This kind of wealth opens up a lot of doors!!

We'll talk soon,
Tim
--

**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Allied Strategic Partnership,LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: alliedstrategicpartnership.com
Website: timfussell.com


This e-mail and any attachments are intended only for the addressee.  If you are not the intended recipient, please permanently delete this message immediately and do not use, copy, distribute or forward any part of this message, as it may contain proprietary, confidential, or privileged information. Also, please let me know of the error by return e-mail. Thank you.

--

**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**

8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Allied Strategic Partnership,LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: alliedstrategicpartnership.com
Website: timfussell.com


This e-mail and any attachments are intended only for the addressee.  If
you are not the intended recipient, please permanently delete this message
immediately and do not use, copy, distribute or forward any part of this
message, as it may contain proprietary, confidential, or privileged
information. Also, please let me know of the error by return e-mail. Thank
you.

From: **Timothy Fussell** <tim@partnerssouth.com>                    Exhibit "C"
Date: Tue, Jan 29, 2019 at 5:59 AM
Subject: Follow up
To: Thomas Matthiesen <matt0098@umn.edu>


Hi Thomas
 As a follow up. If you decide to do as much $100,000 in OCFN stock, that will be 40,000 Reesticted
Preferred Z Shares or 4,000,000 Common Shares. That number of shares multiple by the projected price
of $15.00 per share would give you $60,000,000 of stock value and with 3 to 5 year projections at
$55.00 per share your wealth projections are huge! Therefore I included  you/your family in my talks
with a Private Wealth Managment Firm yesterday. I have strategies for setting up tax free ways of
spending this wealth. We should also consider setting up a BDIT which is a Beneficiary Defective
Inheritor Trust. Please google this trust and read a little on it. It's something we can talk more about.

 I've given a lot of thought to our conversation on Sunday. If you can sell enough of your over weighted
stock portfolio to put $50,000 or more into my holding companies fund for a 10% return and make a
$100,000 purchase of OCFN stock, we will be on the way to a more solid and diversified financial plan.
Then I'd like to meet with you and your wife for a more solid estate plan as well. Securing your
daughter's future and possibly your parents if you wish. As well as and charitable endowments you'd
like to make. This kind of wealth opens up a lot of doors!!

We'll talk soon,
Tim
--



**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax

Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Allied Strategic Partnership,LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: alliedstrategicpartnership.com
Website: timfussell.com

This e-mail and any attachments are intended only for the addressee.  If
you are not the intended recipient, please permanently delete this message
immediately and do not use, copy, distribute or forward any part of this

message, as it may contain proprietary, confidential, or privileged information. Also, please let me know of the error by return e-mail. Thank you.

From: **Timothy Fussell** <tim@partnerssouth.com>                    **Exhibit "D"**
Date: Wed, Jan 30, 2019 at 5:47 AM
Subject: Totals
To: Thomas Matthiesen <matt0098@umn.edu>


Hi Thomas
 As soon as you have the amounts for both the REIT CD and the stock purchase please let me know so I can get out attorney to draw up your agreements to sign.

 I will need a completed W9 form for you and Joanna, if you want the cd and stock in bother your names. Simply google IRS W9 form and it will pop right up.

This is very exciting, that you and Joanna will become a preferred stock holder, that's pretty much like a partner, since these are our owner shares. You guys are such good people, I guess that's what excites me. The good guys getting something good, for a change!!!

Tim 
--




**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292

Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Allied Strategic Partnership,LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: alliedstrategicpartnership.com
Website: timfussell.com

This e-mail and any attachments are intended only for the addressee. If you are not the intended recipient, please permanently delete this message immediately and do not use, copy, distribute or forward any part of this message, as it may contain proprietary, confidential, or privileged information. Also, please let me know of the error by return e-mail. Thank

From: **Timothy Fussell** <tim@partnerssouth.com>          **Exhibit "E"**
Date: Sun, Feb 3, 2019 at 10:16 AM
Subject: Another public disclosure
To: matt0098 University of Minnesota <matt0098@umn.edu>


Update:
 On Friday we closed on a deal in New Jersey that will add $45,000,000 to Alpha Investment Inc.'s balance sheet which will only help to drive up Alpha's stock value, which will in turn increase Omega's stock value when the time comes. It also opens up more opportunities for investments into Partners South Holdings, LLC as my holding company will keep a part of this deal for income opportunity just as I did with the hospital in Paris, TX. Please see the 8K SEC disclosure attached, which will be filed Monday. If you know of anyone interested in 10% returns on a one year REIT type investment or interested in Omega stock purchases, prior to it's value being fully realized publicly, please let me know.

Kindest regards,
Tim




**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101

Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Allied Strategic Partnership,LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: alliedstrategicpartnership.com
Website: timfussell.com

This e-mail and any attachments are intended only for the addressee.  If you are not the intended recipient, please permanently delete this message immediately and do not use, copy, distribute or forward any part of this message, as it may contain proprietary, confidential, or privileged information. Also, please let me know of the error by return e-mail. Thank you.

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported):  February 1, 2019

# Alpha Investment Inc.

*(Exact name of registrant as specified in charter)*

| Delaware | 333-198772 | 90-0998139 |
|---|---|---|
| *(State or other Jurisdiction of Incorporation)* | *(Commission File Number)* | *(IRS Employer Identification No.)* |

| 200 East Campus View Blvd STE 200, Columbus OH | 43235 |
|---|---|
| *(Address of Principal Executive Offices)* | *(Zip Code)* |

Registrant's telephone number, including area code: (305) 704-3294

*(Former name or former address, if changed since last report)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of Company under any of the following provisions:

|_| Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

|_| Soliciting material pursuant to Rule 14a-12(b) under the Exchange Act (17 CFR 240.14a-12(b))

|_| Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

|_| Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

As used in this Current Report on Form 8-K and unless otherwise indicated, the terms "**the Company**," "**Alpha**," "**we**," "**us**" and "our**"** refer to Alpha Investment, Inc. f/k/a Gogo Baby, Inc.

## ITEM 8.01 Other Information

On January 31, 2018, Alpha Investment Inc. (the "Company"), (OTCPINK: ALPC) through a newly formed Special Purpose Vehicle LLC or "SPV" called JERSEY WALK PHASE I, LLC announces the execution of the "Sale of Membership Interest Agreement" by and between CMT Developers LLC (the Seller) and Alpha Investment Inc. (the buyer) for 100% of the Seller's membership interests in consideration of 3,000,000 free trading common shares issued by the Company.

The Company will assume the responsibility of the current $15,500,000 mortgage note on the underlying asset previously controlled by the Seller. The asset now owned by the Company consists of a land parcel currently under construction for 274 luxury apartments in Phase 1 with an additional 400 units to be added in Phase II of the development. The project encompasses 6 acres of a full block located in Elizabeth, New Jersey, which borders Newark, NJ.  Some additional highlights of the asset are: (i) its location is 28 minutes from NYC and 5 minutes from the Newark airport via NJ Transit (ii) there's a 30-year PILOT program in place @ 11% which greatly reduces the real estate taxes (iii) property is in a redevelopment zone with a full site plan created and approved by the city (iv) average residential rents in the immediate area have hit $30/psf (v) and vacancy rates currently are at a low of  2.4%.

The sale price of the CMT Developers membership units is $45,000,000 or 3,000,000 shares @ $15.00 per share. In addition, the asset has a November 2018 MAI "As Is" appraised value of $44,800,000 with an "As Completed" appraised value of $82,100,000.  This is forecasted to yield an unaudited $29,300,000 in net equity to the company's balance sheet for Q1.

The Company plans to report a current "As Is" value with a new appraisal in the upcoming 2019 Q1.

### SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date February 1, 2019                                          **ALPHA INVESTMENTS INC.**

By: /s/Todd Buxton
Todd Buxton, Chief Executive Officer

2

**Exhibit "F"**

From: **Timothy Fussell** <tim@partnerssouth.com>
Date: Mon, Nov 25, 2019 at 12:00 PM
Subject: Shareholder update...My best Thanksgiving!!!
To: Tim Fussell <drfussell@timfussell.com>

Hello everyone!

 I couldn't be more excited to send this Thanksgiving email, until the one when Alpha's been complete up listed and OCFN has followed!

 Here's the latest. We've made the decision to up list onto the NASDAQ rather than the NYSE. There were many factors in this decision, things I won't put in this email but simply know that this was the smartest and best decision that could be made based on consultation with our Investment Bankers and Market Makers! My office is working through our stock share pricing model to conform to the NASDAQ standard and we will make our formal application to the NASDAQ by Wednesday, or that is the goal as of this morning! The NASDAQ application process is about three weeks long and I'll have another trip to NYC for a formal in person interview (which is simply a formality) and the NASDAQ/Investment Banker guys will be coming to my Miami office to do an onsite visit which is simply another formality. For anyone that doesn't already know, my office address in Miami is as follows:
150 SE 2nd Ave
Penthouse 4 Chase Bank Building
Miami, FL 33131
 We're truly in the final stages of Alpha Investment Inc.'s up listing and beginning to trade in the open market! Our first $10,000,000 has already been guaranteed!!! Sold it the day I was there last month😊 That's also a great sign that my presentation to one sells/brokerage office of my investment banker's brokerage side, sold $10M from my one presentation. Just FYI, my investment banker has 450 retail locations in the US so we have LOTS of potential just through our investment bank, not to mention all the other brokers in the country...the future is truly BRIGHT!!!

 OCFN is completely finished with all it financials and ready to file them publicly as soon as it's time and OCFN will follow Alpha to a major index when the time is appropriate next year, probably the second quarter of 2020. OCFN will be MUCH easier as it's already trading and it's name ond directive will not be changing, like had to be done with Alpha.

 At some point soon, the SEC will halt the sale of any stock shares from the private standpoint and everything will have to be done through brokers at the public trading price. Preferred Z shares. through direct private sales, will no longer be available either. If anyone still has a desire or anyone that has friends/family/associates that would like some shares, it will need to be done soon!!! Once Alpha up list's, I'm sure that we will be the cut off for all private activity!

 Also I'm going to have to cut off any loan funding and my 10% offered return once all the funding starts to come from public funds, derived from stock sales. So far we've been raising capital privately and it's been great sharing deals with everyone and all that have mutually funded loans with me will be able to continue but future loans, once Alpha up lists, will not offer the ability to commingle funds. If you have the desire to participate in the 10% return deals, I'll need those in ASAP!

Happy Thanksgiving Everyone!!!


My very kindest regards,
*Dr. Timothy R. Fussell*

Please note my hours of operation are 7am to 4pm Eastern Time! All submission, no matter the type, (text, voice mail, email or support system) submitted after 4pm Eastern Time will be responded to the following day.



**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com


**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131
866-680-1982 Direct

800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com

**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Partners South Assets, LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: timfussell.com

**Partners South Farms, LLC**
616 E. Murphy Street
Wallace, NC 28466
Phone: 866-680-1982
Email: tim@partnerssouth.com

This e-mail and any attachments are intended only for the addressee.  If you are not the intended recipient, please permanently delete this message immediately and do not use, copy, distribute or forward any part of this message, as it may contain proprietary, confidential, or privileged information. Also, please let me know of the error by return e-mail. Thank you.

**Exhibit "G"**

From: **Timothy Fussell** <tim@partnerssouth.com>
Date: Thu, Jan 9, 2020 at 8:50 AM
Subject: Quick update
To: Tim Fussell <drfussell@timfussell.com>

Good Morning Everyone,
 There's been a few developments that were too exciting to wait until my usual time of the month for my Shareholder update.

 First off, we had been very thankful for Alpha to reach the status of "Fully Underwritten" however now we will up list with what's called a "Firm Commitment!" This is the most solid and guaranteed status a company and it's stock can hold/have! I'm so excited and we will ALL reap the benefits of this VERY hard to obtain, status. Basically our stock value is guaranteed and sales of the stock by our investment banker is guaranteed!!! We are still on target to be on the NASDAQ sometime next month. We're in the final stages of vetting by the NASDAQ, simply a formality. We've been vetted by the SEC twice so there's NOTHING we haven't disclosed, it's simply a waiting period now...just a few more short weeks 😊

 Second, because of this Firm Commitment status, I've been able to close a $57M acquisition of natural gas fracking land. This acquisition will add $57M in hard assets to Alpha's balance sheet when we up list. The deal was closed on New Year's Eve so it will be able to be added to the last quarter of 2019 and therefore reported on the 2019 10K (a public company's annual financial report). This too is very exciting and certainly boosts the company's balance sheet and cash/cash equivalent assets.

 Lastly, all this equals somewhere $750M and $1B in value to be added to OCFN's balance sheet when it reports it's updated financials, which we are still waiting to do, after Alpha up lists to the NASDAQ. This value will give OCFN the ability to enter into more deals, to increase its value even more than simply owning 88% of Alpha. Here's the most exciting part of ALL of this. My plan is to purchase 2 or maybe 3 more distressed public companies, much like Alpha was when I purchased it, then I will turn them around just as I've done with Alpha. The goal will be to have OCFN holding multiple $1B+ companies as subsidiaries of OCFN. So the goal for OCFN stock is HUGE but as you have all seen with Alpha, I can do it!!!! OCFN is going to be a MAJOR holding company with BILLIONS in value. There's going to be a few more years of waiting for all this to happen but Alpha's contribution alone, to OCFN's value, will make the stock a $10 stock to begin with, or at least that's what the Investment Bankers are telling me. Please keep my future plans to yourselves but it was too exciting not to share! My goal is to get OCFN stock up to $50 per share minimum before I step down as president and turn things over to the new team I'm hiring and putting in place. Things are looking EXTREMELY well!!! I hope you're all as excited as I am 😊 🎉

 This will probably be the very LAST opportunity for OCFN stock sales. I still have a few more shares I'm willing to sell. Most of you know, the shares I've been selling are coming from my stock pile of 100 million shares of OCFN I hold. There are four of us that hold all the Z shares and I'm the only one selling any to friends and family but I will truly enjoy the day when we all "Cash In" 😊

 The 10%-12% return investments. This email will also stand as the last offerings in on the REIT/PS Holdings investments for the high yield returns. Once Alpha has up listed the opportunity to invest alongside Alpha will stop. Due to public disclosures as we start to ONLY fund with public money, private investments will have to stop. Therefore, if any of you still want to invest, please let me know ASAP!

My best wishes for a happy and prosperous new year to you all!!!!

My very kindest regards,
*Dr. Timothy R. Fussell*

Please note my hours of operation are 7am to 4pm Eastern Time! All submission, no matter the type, (text, voice mail, email or support system) submitted after 4pm Eastern Time will be responded to the following day.

**TIMOTHY R. FUSSELL, PhD**
Founding Partner & CEO, Partners South Estate Planning, Inc.
FOX Business Contributor | PhD in Finance
CPA/CPE Instructor NLGroup | Member of NASBA
Member of the Association of Financial Educators
Web: timfussell.com
Email: DrFussell@timfussell.com

**Alpha Investment Inc.**
Chairman of the Board and President
150 SE 2nd Ave
PH 4 Chase Bank Bldg
Miami, FL 33131
866-680-1982 Direct
800-474-7989 eFax
Eail: tim@alphainvestmentinc.com
Web: alphainvestmentinc.com
Ticker Symbol: ALPC

**Partners South Estate Planning, Inc.**
1007 N Federal Highway Suite 292
Fort Lauderdale, FL 33304
Office: 800.654.3170 x101
Direct: 954.636.7129
eFax: 800.474.7989
Email: tim@partnerssouth.com
Web: partnerssouth.com

**Omega *IM* Group, LLC**
Managing Member and CEO
150 SE 2nd Ave
PH4 Chase Bldg
Miami, FL 33131

866-680-1982 Direct
800-474-7989 eFax
Email: tim@omegaimgroup.com
Website: omegaimgroup.com


**Partners South Accounting, LLC**
8409 N Military Trail Ste 119
Palm Beach Gardens, FL 33410
800.654.3170 ex121
Email: mariela@partnerssouthaccounting.com
Website: partnerssouthaccounting.com

**Partners South Solutions, LLC**
16930 E. Palisades Blvd Ste 100
Fountain Hills, AZ 85268
Website: partnerssouthsolutions.com

**Fussell Insurance & Benefits, LLC**
**Partners South Assets, LLC**
416 Shorewood Lane
New Smyrna Beach, FL 32168
Phone: 800.654.3170 ex101
Email: DrFussell@timfussell.com
Website: timfussell.com

**Partners South Farms, LLC**
616 E. Murphy Street
Wallace, NC 28466
Phone: 866-680-1982
Email: tim@partnerssouth.com


This e-mail and any attachments are intended only for the addressee.  If
you are not the intended recipient, please permanently delete this message
immediately and do not use, copy, distribute or forward any part of this
message, as it may contain proprietary, confidential, or privileged
information. Also, please let me know of the error by return e-mail. Thank
you.

**Exhibit "H"**

From: **Timothy Fussell** <tim@partnerssouth.com>
Date: Fri, Feb 14, 2020 at 11:33 AM
Subject: Re: Investment update
To: matt0098 University of Minnesota <matt0098@umn.edu>


If you log in to ALPC through the OTC Markets website you can see the S1A has been filed simply confirming the NASDAQ application vetting is all that's remaining. Some inside news is that our firm commitment from Aegis was originally at $10M guaranteed but now that's moved up to $17.5M guaranteed funds coming in the day of up list and I think we're going to move to a $1B IPO.

**Partners South**
Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

Exhibit "I"

## *SECURED PROMISSORY NOTE*

$100,000.00    Date: March 15, 2019

For value received, the undersigned Partners South Holdings, LLC (the "Borrower"), at 1007 N Federal Hwy Suite 292, Fort Lauderdale, Florida 33304, promises to pay to the order of Steven T. and Joanna K. Matthiesen (the "Lender"), at 50820 Summit Hill Ct, Granger, Indiana 46530 (or at such other place as the Lender may designate in writing), the sum of $100,000.00 with interest from March 15, 2019, on the unpaid principal at the rate of 10% per annum.

## I. TERMS OF REPAYMENT

### A. Payments

The unpaid principal and accrued interest shall be payable in full on March 16, 2020 (the "Due Date").

### B. Application of Payments

All payments on this Note shall be applied first in payment of accrued interest and any remainder in payment of principal.

### C. Acceleration of Debt

If any payment obligation under this Note is not paid when due, the remaining unpaid principal balance and any accrued interest shall become due immediately at the option of the Lender.

## II. SECURITY

This Note is secured by the Member Units of Partners South Holdings, LLC and its direct ownership in Alpha Investment Inc., and the Stock Shares held by Partners South Holdings, LLC. The Lender is not required to rely on the above security instrument and the assets secured therein for the payment of this Note in the case of default but may proceed directly against the Borrower.

## III. PREPAYMENT

The Borrower reserves the right to prepay this Note (in whole or in part) prior to the Due Date with no prepayment penalty. Any such prepayment shall be applied against the installments of principal due under this note in the inverse order of their maturity and

**Partners South**
Holdings, LLC
1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

shall be accompanied by payment of accrued interest on the amount prepaid to the date of prepayment.

## IV. COLLECTION COSTS

If any payment obligation under this Note is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

## V. DEFAULT

If any of the following events of default occur, this Note and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:

   1) the failure of the Borrower to pay the principal and any accrued interest when due;

   2) the liquidation, dissolution, incompetency or death of the Borrower;

   3) the filing of bankruptcy proceedings involving the Borrower as a debtor;

   4) the application for the appointment of a receiver for the Borrower;

   5) the making of a general assignment for the benefit of the Borrower's creditors;

   6) the insolvency of the Borrower;

   7) a misrepresentation by the Borrower to the Lender for the purpose of obtaining or extending credit; or

   8) the sale of a material portion of the business or assets of the Borrower.

In addition, the Borrower shall be in default if there is a sale, transfer, assignment, or any other disposition of any assets pledged as security for the payment of this Note, or if there is a default in any security agreement which secures this Note.

## VI. SEVERABILITY OF PROVISIONS

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

## VII. MISCELLANEOUS

**Partners South**
Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

All payments of principal and interest on this Note shall be paid in the legal currency of the United States. The Borrower waives presentment for payment, protest, and notice of protest and demand of this Note.

No delay in enforcing any right of the Lender under this Note, or assignment by Lender of this Note, or failure to accelerate the debt evidenced hereby by reason of default in the payment of a monthly installment or the acceptance of a past-due installment shall be construed as a waiver of the right of Lender to thereafter insist upon strict compliance with the terms of this Note without notice being given to Borrower. All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Lender's option.

This note may not be amended without the written approval of the holder.

## VIII. GOVERNING LAW

This Note shall be construed in accordance with the laws of the State of Florida.

## IX. SIGNATURES

This Note shall be signed by Timothy R. Fussell, PhD, on behalf of Partners South Holdings, LLC and Steven T. and Joanna K. Matthiesen.

**IN WITNESS WHEREOF,** this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this *13th* day of *March* *2019*, at *Granger*,
*Indiana* .

Borrower:
Partners South Holdings, LLC

By: _____
Timothy R. Fussell, PhD

Lender:



1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

Steven T. Matthiesen

By:_____
__ Steven T. Matthiesen

Lender:
Joanna K.
Matthiesen

By:_____
Joanna K.
Matthiesen



**Partners South**
Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

Steven T. Matthiesen

By: _____ 3/13/2019
___ Steven T. Matthiesen

Lender:
Joanna K.
Matthiesen

By: _____ 3/13/2019
Joanna K.
Matthiesen



MAC Z3113-010
1791 State Rd 44
New Smyrna Beach, FL 32168

Tel: 386 423 4506
Fax: 386 423 4522

November 18, 2016

To Whom It May Concern:

The following instructions are for incoming wires to Wells Fargo Bank, N.A.

Beneficiary Name: Partners South Holdings, LLC

Beneficiary Account Number: 1655295242

Beneficiary Address: 416 Shorewood Lane, New Smyrna Beach, FL 32168

Wells Fargo Bank, N.A

420 Montgomery Street

San Francisco, CA 94104

Routing Number 121000248

If a local bank address is required it will be 1791 State Road 44, New Smyrna Beach, FL 32168.

If any further information is needed feel free to contact me, my information is listed below.

Sincerely,

Lauren Reilly

Personal Banker II

Wells Fargo Bank, N.A.

1791 State Road 44

New Smyrna Beach, FL 32168

(386) 424-6728

Together we'll go far



**Partners South**
Holomgs, LLC

Exhibit "J"

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

## *SECURED PROMISSORY NOTE*

$160,000.00   Date: January 2nd, 2020

For value received, the undersigned Partners South Holdings, LLC (the "Borrower"), at
1007 N Federal Hwy Suite 292, Fort Lauderdale, Florida 33304, promises to pay to the
order of Steven T. & Joanna K. Matthiesen (the "Lender"), at 50820 Summit Hill Ct.,
Granger, Indiana 46530 (or at such other place as the Lender may designate in writing),
the sum of $160,000.00 with interest from January 2nd, 2020, on the unpaid principal at
the rate of 10% per annum.

## I. TERMS OF REPAYMENT

### A. Payments

The unpaid principal and accrued interest shall be payable in full on January 2nd, 2021
(the "Due Date").

### B. Application of Payments

All payments on this Note shall be applied first in payment of accrued interest and any
remainder in payment of principal.

### C. Acceleration of Debt

If any payment obligation under this Note is not paid when due, the remaining unpaid
principal balance and any accrued interest shall become due immediately at the option of
the Lender.

## II. SECURITY

This Note is secured by the Member Units of Partners South Holdings, LLC, as well as
the stock shares in ALPC/OCFN and real estate owned by the LLC.. The Lender is not
required to rely on the above security instrument and the assets secured therein for the
payment of this Note in the case of default but may proceed directly against the
Borrower.

## III. PREPAYMENT

The Borrower reserves the right to prepay this Note (in whole or in part) prior to the Due
Date with no prepayment penalty. Any such prepayment shall be applied against the

**Partners South**
Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

installments of principal due under this note in the inverse order of their maturity and shall be accompanied by payment of accrued interest on the amount prepaid to the date of prepayment.

## IV. COLLECTION COSTS

If any payment obligation under this Note is not paid when due, the Borrower promises to pay all costs of collection, including reasonable attorney fees, whether or not a lawsuit is commenced as part of the collection process.

## V. DEFAULT

If any of the following events of default occur, this Note and any other obligations of the Borrower to the Lender, shall become due immediately, without demand or notice:

1) the failure of the Borrower to pay the principal and any accrued interest when due;

2) the liquidation, dissolution, incompetency or death of the Borrower;

3) the filing of bankruptcy proceedings involving the Borrower as a debtor;

4) the application for the appointment of a receiver for the Borrower;

5) the making of a general assignment for the benefit of the Borrower's creditors;

6) the insolvency of the Borrower;

7) a misrepresentation by the Borrower to the Lender for the purpose of obtaining or extending credit; or

8) the sale of a material portion of the business or assets of the Borrower.

In addition, the Borrower shall be in default if there is a sale, transfer, assignment, or any other disposition of any assets pledged as security for the payment of this Note, or if there is a default in any security agreement which secures this Note.

## VI. SEVERABILITY OF PROVISIONS

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operative.

## VII. MISCELLANEOUS

**Partners South**
Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

All payments of principal and interest on this Note shall be paid in the legal currency of the United States. The Borrower waives presentment for payment, protest, and notice of protest and demand of this Note.

No delay in enforcing any right of the Lender under this Note, or assignment by Lender of this Note, or failure to accelerate the debt evidenced hereby by reason of default in the payment of a monthly installment or the acceptance of a past-due installment shall be construed as a waiver of the right of Lender to thereafter insist upon strict compliance with the terms of this Note without notice being given to Borrower. All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Lender's option.

This note may not be amended without the written approval of the holder.

## VIII. GOVERNING LAW

This Note shall be construed in accordance with the laws of the State of Florida.

## IX. SIGNATURES

This Note shall be signed by Timothy R. Fussell, PhD, on behalf of Partners South Holdings, LLC and Steven T. & Joanna K. Matthiesen.

**[SIGNATURE PAGE FOLLOWS]**



## Partners South
### Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

**IN WITNESS WHEREOF,** this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this 2nd day of January, 2020, at Granger, IN .

Borrower:
Partners South Holdings, LLC

By: _____
Timothy R. Fussell, PhD

Lender:
Steven T. & Joanna K. Matthiesen

By: _____
Steven T. & Joanna K. Matthiesen



## Partners South
### Holdings, LLC

1007 N. Federal Highway. Suite 292 • Fort Lauderdale. Florida 33304
800.654.3170 x101

**IN WITNESS WHEREOF,** this Agreement has been executed and delivered in the manner prescribed by law as of the date first written above.

Signed this 2nd day of January, 2020, at Granger, IN .


Borrower:
Partners South Holdings, LLC

By: _____
Timothy R. Fussell, PhD


Lender:
Steven T. & Joanna K. Matthiesen,

By: _____
Steven T. & Joanna K. Matthiesen